Augusto v Clasue

FILED MAR 14 2019 CLERK OF COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF [IL]

Hillsborough
3-11-17
U.S.D.C. see Back side

Motion Praying court Do not Dismis Plaintiff case or IFP.

Plaintiff Apoligize To the court For the confusing Plaintiff has cause to the court. The complaint Form of 4:17-CV-04492 was written up between the month of May and July. Then was easi from mailing. But Plaintiff was going inmau some county jail problem and Prison Problems. Which cause The Plaintiff Thoughts of not mailing The Form yet. Therefor Plaintiff Did not notice at the time of mailing That The Trust Fund may not been updated. Also Do To The settlement I have won, Plaintiff Did not know There would be a settlement Date. The case was in a summery Judge ment Decision. Plaintiff also Did Thought He Added all Recent cases on The Form at that moment of filing. Plaintiff has a mental Illness of Slow learning And shortage of memory. Which Plaintiff Did get The Disability Credit for it. Plaintiff Got incarcerate. Therefor Plaintiff

Pg.2

Forget and misunderstand things a lot! Plaintiff also confess to the court that I filed suits in the South District court on vandalic prison of a condemn buildings of pre-solicien-confinement. Sorry I Did not Realize to update my trust fund Acc. Although I Did not update it there were no Major Funds on it. Nor were there over seven hundred Dollars on the Account. The Account was zero in/to November, which Plaintiff Had Already Filed Complaint Form of case 4:17-cv-0429 with the Court. Therefor Plaintiff "object" to case being Dismiss. Plaintiff Did not purposely lie to the court. This were a plain Error Do to Plaintiff is not a Professional Attorney. Plaintiff Does These cases himself and still learning How to protect his Civil Alarms. There for I ask this court to not Dismiss The case and Grant I.F.P. Do to Plaintiff settlement case The Judge Becker Lucina The Filing fee Do to the case only settle for 1,100 and such a on 300 I Did on a pro-so. Lweit This

Pg 3

Plaintiff sent copy of Trust account showing That The settlement check went to other U.S.D.C. Filing Fees. The Jacksonville Prison sent over $700 To U.S.D.C. while Plaintiff Had No control of who They shall send it to. Plaintiff were only left with Three Hundred to survive in Prison with. Now Plaintiff has Zero Funds up to this Present Time of 3-5-19. The Courts has Drain Plaintiff out of most of The money I Recieved. Plaintiff will be able to Pay The Court Filing Fee, Do To This Case 4:19-cv-04292 shall be a open Shut case Du To Violation of Contact Visit upon a Pre-Trial Detainee who were not Breaching any security Risk, Nor Violated Any Rules. Plaintiff Pray This Court Grant Him a Second Chance Accept Plaintiff Afidavit Grant Plaintiff I.F.P. And Case. Plaintiff Does not Recall or Notice of Having This settlement Money Two months Before Filling this Suit. Again I Shall say The Complaint Form was written up Months before This settlement And was seared Ready for mailing months before this

Pg. 4

This settlement were spoken of between Plaintiff and Defendants. This Complaint Form was also written up before the Summary Judgement. Therefore Plaintiff case should not be Dismissed. Do to a Mistaken Error Please. Plus Plaintiff been so Confuse with life, And busy with Focusing on School For my G.E.D. Also Doing The GEO Criminal Behavior Program. Which this is Helping me To better my life. Again Im sorry This was not a on Purpose lie; This were a Time Difference of Mistaken Error's with this Trust Fund Acc. That I send u. This will show Plaintiff settlement Check went Toward U.S.D.C. Filing Fees. This will show Plaintiff Did not try to Hide money From The U.S.D.C. Courts. This will show That Plaintiff Has Intensions of Paying The Courts. Plaintiff Thought He Told This Court of all his Cases at that Time of me Filling out the Form, The Plaintiff Has so many Cases He sometimes get Confuse or Forget How many Cases Has been Filed, as they sat in Courts so long. Plaintiff Has no Help with These Cases, And Im not a Professional Attorney. So I Do make Mistakes. Therefor Plaintiff Pray This Court Does Not Dismiss The Case. The I.F.P. will be Paid on my Next Settlement,